MINUTE ENTRY          9:30 a.m.

 UNITED STATES OF AMERICA -v- JESUS AKIYAMA ALDAN

PRESENT: HON. ALEX R. MUNSON, JUDGE PRESIDING
  K. LYNN LEMIEUX, COURTROOM DEPUTY
  SANAE N. SHMULL, COURT REPORTER
  TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
  DAVID BANES, ATTORNEY FOR DEFENDANT
  JESUS AKIYAMA ALDAN, DEFENDANT

PROCEEDINGS:  REVOCATION HEARING

 Defendant appeared with court appointed counsel, Attorney David Banes. Government was represented by Timothy Moran, AUSA.  Also present was U. S. Probation Officer, Margarita Wonenberg.

 Government stated that this matter was before the Court on a violation.  Attorney Banes stated that the defendant admitted some of the violations and denied some of the allegations.

 Government moved to have the defendant's supervised release revoked.  Attorney Banes argued on behalf of the defendant.

 Defense requested that this hearing be continued for a week.  Court ordered that this hearing be continued until Monday, June 27, 2005 at 9:30 a.m. (sealed). Further, Court ordered that this defendant continue with his drug treatment and submit himself to drug testing.

 Defendant will remain at liberty under all the previously set conditions and that he will be subject to drug testing and that he continue with his drug rehabilitation counseling.

       Adjourned at 10:00 a.m.
;    [KLL EOD 06/17/2005]